IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KAZAIR GIST** | : | |
| | : | **CIVIL ACTION** |
| *Petitioner* | : | |
| | : | |
| v. | : | NO. 22-3463 |
| | : | |
| **SUPERINTENDENT SORBER**, *et. al.* | : | |
| | : | |
| *Respondents.* | : | |

## ORDER

**AND NOW**, this 18th day of September, 2025, upon consideration of Petitioner Kazair Gist's *pro se* Petition for Writ of Habeas Corpus (ECF No. 1), his Memorandum of Law (ECF No. 29), Respondents' Limited Response in Support of Summary Dismissal Pursuant to Local Rule of Civil Procedure 9.3(E) (ECF No. 27), Respondents' Response and Memorandum of Law in Opposition (ECF No. 30), and Gist's state court criminal docket, and following careful review of the Report and Recommendation of United States Magistrate Judge José Raúl Arteaga, to which Petitioner has filed no objections it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;
2. The Petition for Writ of Habeas Corpus is **DENIED/DISMISSED** with prejudice;
3. Gist's Request for Counsel is **DENIED**;
4. There is no probable cause to issue a certificate of appealability; and
5. The Clerk of Court is **DIRECTED** to mark this case **CLOSED.**

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**Mitchell S. Goldberg,     J.**